CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

CITY: JACKSON

COUNTY: HINDS

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 3:15CR67HTW-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: IRB BENJAMIN

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  J. SCOTT GILBERT        BAR # 102123
AUSA  DARREN J. LAMARCA       BAR # 1782

INTERPRETER:  X  NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**     ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3      ___ PETTY  ___ MISDEMEANOR   3  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:1349.F | 18USC § 1349 | Conspiracy to Commit Honest Service Fraud | 1 |
| Set 2  18:666C.F | 18 USC § 666(a)(2) | Bribery Involving Federal Programs | 2-3 |

Date: 8-18-15         SIGNATURE OF AUSA: _____

Revised 2/26/2010