IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FILED AUG 18 2015
ARTHUR JOHNSTON, DEPUTY

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 3:15cr97HTW-FKB

IRB BENJAMIN

NOTICE OF JUDICIAL ASSIGNMENT

The United States Attorney, through his Assistant, submits this Notice of Judicial Assignment and submits in support of this Notice the following:

The information in this case involves substantially the same parties and factual situation as the indictment in Criminal No. 3:14cr111HTW-FKB which was returned by the Grand jury on August 5, 2014 and previously assigned to Judge Henry T. Wingate.

Based on the foregoing, it is therefore requested that the information be assigned to Judge Henry T. Wingate since Judge Henry T. Wingate is familiar with the facts and parties in this case and already handling the case listed above.

GREGORY K. DAVIS
UNITED STATES ATTORNEY

BY: _____
J. Scott Gilbert
Assistant U.S. Attorney
MS Bar# 102123