PRAECIPE FOR SUMMONS


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 18 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 3:15CR167HTW-FKB

IRB BENJAMIN
(Wherever Found)

The Clerk of said Court will issue summons returnable on August 21, 2015, at 1:30 p.m., before F. Keith Ball, United States Magistrate Judge at 501 E. Court Street, Jackson, MS, an Indictment against the above-named defendant having been filed in the above-entitled cause on August 18, 2015.

This 18th day of August, 2015.

GREGORY K. DAVIS
United States Attorney

By: _____
J. Scott Gilbert
Assistant United States Attorney
MS Bar #102123

Summons issued: _____

JSG/FBI