IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 21 2015
BY____ ARTHUR JOHNSTON
DEPUTY

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 3:15 cr 67

IRB BENJAMIN

## MOTION AND ORDER TO UNSEAL CASE

The United States, by and through its United States Attorney, respectfully requests that

this court unseal the indictment currently pending in the above styled case.

Respectfully submitted, this the 21st day of August, 2015.

                                        GREGORY K. DAVIS
                                        United States Attorney

                                By:     _____
                                        L SCOTT GILBERT
                                        Assistant United States Attorney
                                        MS Bar #102123

## ORDER

IT IS HEREBY ORDERED that the Indictment pending in this matter is hereby unsealed.

ORDERED this 21st day of August, 2015.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE