IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr67

IRB BENJAMIN

### MOTION AND ORDER TO UNSEAL CASE

The United States, by and through its United States Attorney, respectfully requests that this court unseal the indictment currently pending in the above styled case.

Respectfully submitted, this the 21st day of August, 2015.

GREGORY K. DAVIS
United States Attorney

By: _____
J. SCOTT GILBERT
Assistant United States Attorney
MS Bar #102123

### ORDER

IT IS HEREBY ORDERED that the Indictment pending in this matter is hereby unsealed.

ORDERED this 21st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE