### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                 **PLAINTIFF**

**VS.**                                         **CRIMINAL NO. 3:15-cr-00067 HTW-FKB**

**IRB BENJAMIN**                                                 **DEFENDANT**

### AGREED ORDER OF CONTINUANCE

THIS CAUSE having come before the Court on motion of the Defendant to continue this matter, and the Court having considered said motion and the Government's response, finds that said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

The Court also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that the ends of justice outweigh the best interests of the public and the Defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the Defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and specifically joins in this motion for a continuance for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued until January 4, 2016, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the 30th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

_____
IRB BENJAMIN, DEFENDANT

_____
DARREN J. LAMARCA, ESQ.
ASSISTANT UNITED STATES ATTORNEY

_____
JOSEPH M. HOLLOMON, ESQ.
ATTORNEY FOR DEFENDANT