IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                            CRIMINAL NO.  3:15-cr-00067 HTW-FKB

IRB BENJAMIN                                                    DEFENDANT

## AGREED ORDER OF CONTINUANCE

THIS CAUSE having come before the Court on motion of the Defendant to continue this

matter, and the Court having considered said motion and the Government's response, finds that said

motion is well taken and is hereby granted, and that the period of delay shall be excluded in

computing the time within which the trial of this matter shall commence in accordance with the

Speedy Trial Act, 18 U.S.C. §3161.

The Court also having duly considered the factors articulated in Title 18, Section

3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that the ends of

justice outweigh the best interests of the public and the Defendant in a speedy trial in this cause and

are best served by granting the requested continuance.

The Court finds that the Defendant has specifically waived any speedy trial objections

heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial

Act or the Constitution in the case at bar and specifically joins in this motion for a continuance for

the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued until July 5, 2016 , and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the __31st__ day of ___March___, 2016.

_____
UNITED STATES DISTRICT JUDGE


_____
IRB BENJAMIN, DEFENDANT

_____
DARREN J. LAMARCA, ESQ.
ASSISTANT UNITED STATES ATTORNEY

_____
JOSEPH M. HOLLOMON, ESQ.
ATTORNEY FOR DEFENDANT